UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60178-CIV-ROSENBAUM/HUNT

YAQUELIN MURADAS and
JOSE A. HERNANDEZ,

    Plaintiffs,

vs.

M&T BANK and MCCALLA RAYMER, LLC,

    Defendants.
_____/

## ORDER

This matter is before the Court upon a review of the case file. On August 21, 2013, the Court received notice by telephone that the parties had reached a settlement of this matter. In light of the notice of settlement, the Court hereby directs the parties to submit a stipulation for dismissal **on or before August 29, 2013**, so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 21st day of August 2013.

                                                   ROBIN S. ROSENBAUM
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record